# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neiman, Kenneth P. | U.S. Federal District Court | 04/21/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

300 State Street, Suite 250
Springfield, MA 01105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Neiman & Fierst: 50% Ownership of Rental Property #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Adjunct faculty (Western New England University School of Law) | $8,550.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed clinical social worker |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Ass'n | March 22, 2013 | New York, New York | Annual Dinner in Honor of Federal Judiciary | hotel, dinner, travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Northampton, MA | E | Rent | N | S | | | | | |
| 2. TDBank Savings Acct. | A | Interest | L | T | | | | | |
| 3. New England Securities Brokerage Account (pars. 4-22) | | | | | | | | | |
| 4. Dreyfus Insured Deposits | A | Interest | J | T | | | | | |
| 5. Fidelity Floating Rate High Income Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Goldman Sachs Global Income Mutual Funds | A | Dividend | K | T | Buy (add'l) | 02/28/13 | J | | |
| 7. | | | | | Sold (part) | 08/29/13 | J | | |
| 8. | | | | | Sold (part) | 10/31/13 | J | | |
| 9. Index ETF TR50 Hedge Multi-Strategy Fund | A | Dividend | J | T | | | | | |
| 10. IShares TR (Morningstar) Large Cap Growth Index Fund | A | Dividend | J | T | | | | | |
| 11. IShares TR Russell Mid-Cap Index Fund | A | Dividend | J | T | | | | | |
| 12. IShares TR S&P Global 100 Index Funds | A | Dividend | J | T | | | | | |
| 13. IShares TR Russell 2000 Index Fund | A | Dividend | J | T | Sold (part) | 08/15/13 | J | | |
| 14. Powershares Exchange Traded Fund | A | Dividend | J | T | | | | | |
| 15. SPDR Ser TR Barclays High Yield Bond Fund | A | Dividend | J | T | Sold (part) | 06/21/13 | J | | |
| 16. U.S. Commodity Index Fund | | None | J | T | | | | | |
| 17. Vanguard Intl Equity Index Fund Inc. FTSE All World | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Intl Equity Index Funds MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 19. Vanguard Index FDS REIT ETF | A | Dividend | J | T | Buy | 01/23/13 | J | | |
| 20. IShares Tr. MSCI ACWI Index | A | Dividend | J | T | Buy | 06/24/13 | J | | |
| 21. Goldman Sachs Strategic Income Fund | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 22. Franklin Low Duration Total Return Fund | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 23. New Eng. Securities Ret. Acct. (pars. 24-52) | | | | | | | | | |
| 24. Berkshire Hathaway Class B | | None | K | T | Sold (part) | 06/21/13 | K | | |
| 25. Dreyfus Insured Deposits | A | Interest | J | T | | | | | |
| 26. Loomis Sayles Investment Grade Bond Fd. Class C | A | Dividend | | | Sold | 01/02/13 | J | | |
| 27. Loomis Sayles Strategic Income Fund Class C | A | Dividend | | | Sold | 01/02/13 | J | | |
| 28. IShares Barclay Bond Fund | | None | | | Sold | 01/02/13 | K | | |
| 29. SPDR Gold Trust | | None | | | Sold | 01/02/13 | K | | |
| 30. Fidelity Advisor Strategic Income Class C | A | Int./Div. | | | Sold | 01/02/13 | J | | |
| 31. Loomis Sayles Bond Fund | A | Int./Div. | | | Sold | 01/02/13 | K | | |
| 32. Pimco Total Return Class C | A | Int./Div. | | | Sold | 01/02/13 | K | | |
| 33. IShares Russell 2000 Index Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 34. | | | | | Sold (part) | 08/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs Global Income Fund Inst. Class | A | Dividend | K | T | Buy | 01/02/13 | K | | |
| 36. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 37. IShares (Morningstar) Large Cap Growth Income Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 38. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 39. Index IQ Hedge Multi-Strategy Tracker Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 40. Fidelity Floating Rate High Income Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 41. Vanguard Index FDS REIT Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 42. Vanguard Int'l Equity Emerging Mkt Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 43. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 44. Vanguard Int'l Equity All World Fund | A | Dividend | K | T | Buy | 01/02/13 | K | | |
| 45. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 46. U.S. Commodity Index Fund | | None | J | T | Buy | 01/02/13 | J | | |
| 47. SPDR Barclay High Yield Bd. Fund | A | Dividend | J | T | Buy | 01/02/13 | K | | |
| 48. | | | | | Sold (part) | 06/21/13 | J | | |
| 49. IShares S&P Global 100 Index Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 50. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 51. IShares MSCI Index Fund | A | Dividend | J | T | Buy | 06/24/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Strategic Income Fund | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 53. New Eng. Sec. IRA (pars. 54-79) | | | | | | | | | |
| 54. Berkshire Hathaway Fund A | | None | M | T | Sold (part) | 06/21/13 | M | | |
| 55. Dreyfus Insured Deposits | A | Interest | J | T | | | | | |
| 56. Black Rock Strategic Dividend Achievers Trust | A | Dividend | | | Sold | 01/02/13 | J | | |
| 57. SPDR Gold TRust | | None | | | Sold | 01/02/13 | K | | |
| 58. Artio Global High Income Fund | | None | | | Sold | 01/02/13 | K | | |
| 59. Harding Louvnes International Equity Portfolio Fund | | None | | | Sold | 01/02/13 | K | | |
| 60. Hartford Float Rate Fund Class I | A | Int./Div. | | | Sold | 01/02/13 | K | | |
| 61. Loomis Sayles Investment Grade Bond Fund Class Y | A | Dividend | | | Sold | 01/02/13 | K | | |
| 62. Goldman Sachs Global Income Fund | B | Dividend | K | T | Buy | 01/02/13 | L | | |
| 63. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 64. | | | | | Sold (part) | 08/29/13 | J | | |
| 65. Fidelity Floating Rate Income Fund | A | Dividend | K | T | Buy | 01/02/13 | J | | |
| 66. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 67. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 68. Index IQ Hedge Multi-Strategy Tracker | A | Dividend | K | T | Buy | 01/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Barclays High Yield Bd. Fund | B | Dividend | K | T | Buy | 01/02/13 | K | | |
| 70. | | | | | Sold (part) | 06/21/13 | J | | |
| 71. Vanguard Int'l Equity Emerging Markets Fund | A | Dividend | K | T | Buy | 01/02/13 | J | | |
| 72. | | | | | Buy (add'l) | 07/08/13 | K | | |
| 73. IShares Tr MSCL ACWI Index Fund | A | Dividend | K | T | Buy | 06/24/13 | J | | |
| 74. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 75. Vanguard Index Funds REIT | A | Dividend | K | T | Buy | 07/08/13 | K | | |
| 76. Vanguard Int'l Equity Index All World Fund | B | Dividend | L | T | Buy | 07/08/13 | L | | |
| 77. U.S. Commodity Index Fund | | None | K | T | Buy | 07/08/13 | K | | |
| 78. IShares Global 100 ETF | A | Dividend | K | T | Buy | 07/08/13 | J | | |
| 79. Goldman Sachs Strategic Income Fund | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 80. Vanguard Ret. Account Fund | | None | J | T | | | | | |
| 81. Retir. Acct., Pershing LLC Custodian (pars. 82-128 ) | | | | | | | | | |
| 82. Berkshire Hathaway Fund B | | None | K | T | | | | | |
| 83. American Express Common Stock | A | Dividend | K | T | Sold (part) | 01/23/13 | J | | |
| 84. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 85. Johnson & Johnson Common Stock | A | Dividend | K | T | part buy | 11/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pershing Gov't Account Cash Reserves | | None | J | T | | | | | |
| 87. Coca Cola Corp. Common Stock | A | Dividend | K | T | | | | | |
| 88. Pepsico Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 01/28/13 | J | | |
| 89. Bristol Myers Squibb Co. Common Stock | A | Dividend | K | T | | | | | |
| 90. Nestle SA Sponsored ADRS Registered Common Stock | A | Dividend | K | T | Buy (add'l) | 05/28/13 | J | | |
| 91. Procter & Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 92. Wells Fargo & Co. Common Stock | A | Dividend | K | T | | | | | |
| 93. Abbott Labs Common Stock | A | Dividend | | | Sold | 08/16/13 | J | | |
| 94. WalMart Stores Inc. Common Stock | A | Dividend | | | Sold (part) | 02/15/13 | J | | |
| 95. | | | | | Sold | 05/30/13 | J | | |
| 96. American International Group com. stock | A | Dividend | K | T | Buy (add'l) | 09/04/13 | J | | |
| 97. Sanofi Spons ADR | A | Dividend | | | Sold (part) | 09/26/13 | J | | |
| 98. | | | | | Sold | 10/08/13 | J | | |
| 99. Bank of New York Mellon Corp. Common Stock | A | Dividend | K | T | Buy (add'l) | 11/13/13 | J | | |
| 100. Bank of America Common Stock | A | Dividend | K | T | Sold (part) | 01/09/13 | J | | |
| 101. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 102. | | | | | Buy (add'l) | 08/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Conagra Foods, Inc. Common Stock | A | Dividend | | | Buy (add'l) | 02/22/13 | J | | |
| 104. | | | | | Sold | 09/11/13 | J | | |
| 105. Dunkin Brands Group Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 02/11/13 | J | | |
| 106. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 107. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 108. General Motors Common Stock | | None | K | T | | | | | |
| 109. Heinekin Common Stock | A | Dividend | | | Buy (add'l) | 02/12/13 | J | | |
| 110. | | | | | Sold | 11/12/13 | J | | |
| 111. Swatch Group AG Common Stock | A | Dividend | J | T | Buy (add'l) | 10/16/13 | J | | |
| 112. Sysco Group Common Stock | A | Dividend | J | T | | | | | |
| 113. USG Corp (New) Common Stock | | None | | | Sold | 05/20/13 | J | | |
| 114. Unilever DLC Spon Common Stock | A | Dividend | J | T | Buy (add'l) | 05/13/13 | J | | |
| 115. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 116. FIServe Inc. Common Stock | | None | J | T | Buy | 10/21/13 | J | | |
| 117. Morgan Stanley Common Stock | A | Dividend | K | T | Buy | 01/22/13 | J | | |
| 118. Walgreen Company Common Stock | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 119. Pernod Richard Common Stock | A | Dividend | | | Buy | 02/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 121. | | | | | Sold (part) | 04/10/13 | J | | |
| 122. | | | | | Sold | 05/17/13 | J | | |
| 123. Ping An Ins. Group Common Stock | A | Dividend | | | Buy | 05/06/13 | J | | |
| 124. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 125. | | | | | Sold (part) | 06/07/13 | J | | |
| 126. | | | | | Sold | 09/25/13 | J | | |
| 127. Microsoft Common Stock | | None | | | Buy | 09/03/13 | J | | |
| 128. | | | | | Sold | 10/08/13 | J | | |
| 129. Capital One Savings Acct. | A | Interest | L | T | | | | | |
| 130. Florence Savings Bank | A | Interest | J | T | | | | | |
| 131. Allianz Annuity Retirement Plan | | None | N | T | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 04/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (1):  value method:  total tax assessment value by the City as of 12/31/13: $529,500.

Part VII (117): partial sale: 2/12/13 (J value); partial buys: 6/24/13. 9/25/13, 10/17/13. and 11/14/13. (all with J value codes).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth P. Neiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544